UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY WHITEMAN, | No. 2:24-cv-0342 DB P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY PUBLIC DEFENDERS OFFICE, | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied;

2. Plaintiff shall submit, within thirty (30) days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk

1

of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

    3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

    4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  March 22, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16/kly

DB/Prisoner Inbox/Civil/R/whit0342.3c+new