UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY WHITEMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SHASTA COUNTY PUBLIC DEFENDERS OFFICE,<br><br>    Defendant. | No. 2:24-cv-0342 DB P<br><br><br>ORDER |

  Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

////
////
////
////
////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: April 16, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner Inbox/Civil Rights/R/whit0342.3c