UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY WHITEMAN, | No. 2:24-cv-0342-SCR P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| SHASTA COUNTY PUBLIC DEFENDERS OFFICE, | |
| Defendants. | |

By order filed November 1, 2024, plaintiff's complaint was found to not state any claim for relief and thirty days leave to file an amended complaint was granted. The time granted for that purpose has expired, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice for failure to state a claim, for reasons described in the order filed November 1; for failure to prosecute; and for failure to follow a court order. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 21 days after

1

being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 12, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE