UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY WHITEMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>SHASTA COUNTY PUBLIC DEFENDERS OFFICE,<br><br>            Defendant. | No.  2:24-cv-00342-DAD-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 14) |

Plaintiff Corry Whiteman is a county jail inmate appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action.  (Doc. No. 14.) Specifically, plaintiff has failed to comply with the court's November 1, 2024 order in which plaintiff was ordered to file either an amended complaint or a notice of his intent not to do so. (Doc. No. 12.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after

/////

1

1  service. (Doc. No. 14 at 1–2.) To date, no objections have been filed, and the time in which to do
2  so has passed.
3      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
5  findings and recommendations are supported by the record and by proper analysis.
6      Accordingly:
7      1.   The findings and recommendations issued on December 13, 2024 (Doc. No. 14)
8          are adopted in full;
9      2.   This action is dismissed, without prejudice, due to plaintiff's failure to comply
10          with court orders and failure to prosecute this action; and
11      3.   The Clerk of the Court is directed to close this case.
12  IT IS SO ORDERED.
13  Dated:   **April 25, 2025**
14                                            DALE A. DROZD
15                                            UNITED STATES DISTRICT JUDGE